**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Before the Honorable Joe Heaton
United States Courthouse, Room 3301, Oklahoma City, Oklahoma

**ORDER FOR STATUS CONFERENCE**

**NOTICE TO ALL COUNSEL**:

1. Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **June 25, 2018**. *See* LCvR16.1(a)(1) and *Appendix II*.

2. Counsel should give particular attention to paragraph 10 of the Joint Status Report and Discovery Plan. In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan. **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear.**

3. Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below. *See* LCvR16.1(a)(2).

---

**THURSDAY, JULY 5, 2018**

| 9:30 A.M. | **CIV-18-0456-HE**<br>ALICE SHACKELFORD V. AMERICAN INCOME LIFE INSURANCE COMPANY | Andrea Rust, Esq.,<br>Harrison Lujan, Esq.,<br>Jacob Rowe, Esq.,<br>Simone Fulmer, Esq., |
|---|---|---|
| | | Adam Doverspike, Esq.,<br>John Russell, Esq., |
| 9:40 A.M. | **CIV-18-0341-HE**<br>PEARLIE WILSON V. WHIRLPOOL CORPORATION | Cary Dooley, Esq., |
| | | John Woodard, III, Esq.,<br>Tracy Knox, Esq.,<br>Amy Fischer, Esq., |

| | | |
|---|---|---|
| 9:50 A.M. | **CIV-18-0361-HE**<br>KRISTIN EMBERY V. NATIONAL CREDIT SYSTEMS, INC., | Jeffrey Wilson, Esq.,<br>Tiffany Hill, Esq., |
| | | Lysbeth George, Esq., |
| 10:00 A.M. | **CIV-18-0175-HE**<br>WINCO FOODS, LLC V. CROSSLAND CONSTRUCTION COMPANY, INC., | Christopher Scaperlanda, Esq.,<br>Michael McClintock, Esq., |
| | | Amy Stipe, Esq.,<br>Paula Williams, Esq.,<br>Robert Magrini, Esq., |
| 10:10 A.M. | **CIV-17-1140-HE**<br>THE BROOKS LAW FIRM, LLC V. JOHN M. ROBIN | Gary Brooks, Esq.,<br>Michael Brooks, Esq.,<br>Debra Brooks, Esq., |
| | | John M. Robin, *Pro Se* |
| 10:20 A.M. | **CIV-18-0065-HE**<br>WILLIE B. BATES, II V. STVT-AAI EDUCATION, INC., | Willie B. Bates, II, *Pro Se* |
| | | Brandon Kemp, Esq.,<br>Victor Albert, Esq., |
| 10:30 A.M. | **CIV-18-0442-HE**<br>ANNIE HAMILTON V. WAL-MART STORES, INC., | Clay Zelbst, Esq., |
| | | Jeffrey Scott, Esq.,<br>Michael Brewer, Esq., |
| 10:40 A.M. | **CIV-18-0542-HE**<br>AMANDA BATES V. WAL-MART STORES EAST, LP | Michael Martin, Esq., |
| | | Micahel Brewer, Esq.,<br>Jeffrey Scott, Esq., |
| 10:50 A.M. | **CIV-17-0345-HE**<br>ANCIO ROBINSON V. CADDO COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL., | John Bryan, Esq.,<br>Malik Shabazz, Esq.,<br>Gregory Lattimer, Esq.,<br>Hunter Siex, Esq.,<br>Steven Terrill, Esq., |
| | | Ambre Gooch, Esq.,<br>Jamison Whitson, Esq.,<br>Jasper Abbott, Esq.,<br>Chantel James, Esq.,<br>Robert Jones, Esq.,<br>David Kirk, Esq.,<br>Carson Smith, Esq.,<br>Jessica Dark, Esq.,<br>Randall Wood, Esq.,<br>Robert Lafferrandre, Esq.,<br>Jeffrey Hendrickson, Esq., |