# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALICE SHACKELFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INCOME LIFE )<br>INSURANCE CO., )<br>)<br>Defendant. ) | Case No. CIV-18-456-HE |

## PLAINTIFF'S EXPERT IDENTIFICATION

COMES NOW the Plaintiff and submits the following Expert Identification:

1. Mort Welch, Welch & Smith, 6440 Avondale Drive, Suite 206, Oklahoma City, OK 73116.

   **Anticipated testimony:**   Report to be provided to Defendant

Respectfully submitted,

/s/ Jacob L. Rowe
Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ext., Suite 102
P.O. Box 2448
Oklahoma City, OK  73103
Phone:   (405) 510-0077
Fax:   (800) 978-1345
Email:  sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kathryn D. Terry, OBA No. 17151
Candace Williams Lisle, OBA No. 9638
Cody J. Cooper, OBA No. 31025
PHILLIPS MURRAH, PC
13th Floor, Corporate Tower
101 N. Robinson Ave.
Oklahoma City, Oklahoma  73102
Telephone:   (405) 235-4100
Facsimile:  (405) 235-4133
kdterry@phillipsmurrah.com
cwlisle@phillipsmurrah.com
cjcooper@phillipsmurrah.com

/s/Jacob L. Rowe