**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) ALICE SHACKELFORD,            )<br>                                                         )<br>            Plaintiff,                         )<br>                                                         )   Case No. CIV-18-456-HE<br>        v.                                          )<br>                                                         )<br>(1) AMERICAN INCOME LIFE    )<br>INSURANCE COMPANY,          )<br>                                                         )<br>            Defendant.                      ) | |

## DEFENDANT'S EXPERT WITNESS LIST

Defendant American Income Life Insurance Company identifies the following expert witness:

Steven Plitt
1850 North Central Avenue, Suite 2400
Phoenix, AZ  85004-4579

Report to be provided to counsel for Plaintiff Alice Shackelford.

Respectfully submitted,

*/s/Kathryn D. Terry*
Kathryn D. Terry, OBA No.17151
Candace Williams Lisle, OBA No. 9638
PHILLIPS MURRAH, PC
13th Floor, Corporate Tower
101 N. Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
cwlisle@phillipsmurrah.com
***Attorneys for Defendant American Income Life Insurance Company***

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2019, I electronically transmitted the foregoing document to the Clerk of the Court for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer
Harrison C. Lujan
Jacob L. Rowe
Andrea R. Rust
FULMER SILL PLLC
1101 N. Broadway Ext., Suite 102
P.O. Box 2448
Oklahoma City, OK 73013
**ATTORNEYS FOR PLAINTIFF**

    *s/Kathryn D. Terry*

01384238.DOCX