```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF OKLAHOMA
 2

 3   ALICE SHACKELFORD,

 4        Plaintiff,

 5   vs.                                    No. CIV-18-0456-HE

 6   AMERICAN INCOME LIFE
     INSURANCE COMPANY,
 7
          Defendant.
 8

 9         VIDEO DEPOSITION OF JOEL SCARBOROUGH
               Taken on Behalf of the Plaintiff
10        On April 25, 2019, beginning at 2:01 p.m.
                      In Plano, Texas
11

12                      APPEARANCES:

13   Appearing on behalf of the PLAINTIFF

14           Jacob Rowe
             FULMER SILL
15           1101 North Broadway Avenue
             Suite 102
16           Oklahoma City, Oklahoma 73103
             405-510-0077
17           Jrowe@fulmersill.com

18   Appearing on behalf of the DEFENDANT

19           Kathryn D. Terry
             Candance Williams Lisle
20           PHILLIPS MURRAH, P.C.
             101 North Robinson, 13th Floor
21           Oklahoma City, Oklahoma 73102
             405-606-4713
22           kdterry@phillipsmurrah.com
             cwlisle@phillipsmurrah.com
23

24   Videographer:  Stesha Ferguson Snow

25   Reported By:  Becky C. Dame, CSR, RPR
```

**EXHIBIT 3**

 1   responsibility.
 2        Q    And an insurance company must
 3   contemporaneously memorialize pertinent
 4   claim-related events?
 5        A    That is the best practice.
 6        Q    That's a -- the memorialization of
 7   pertinent claim file events is also part of the
 8   Unfair Claims Settlement Practices Act, isn't it?
 9        A    Okay.
10        Q    Is it your understanding that it is?
11        A    I -- I don't know the act verbatim.  If
12   you represent to me that it is, then I'll believe
13   you.
14        Q    Well, my wording is poor, but I think that
15   we can all agree that it's a part of the Unfair
16   Claims Settlement Practices Act.
17             Have you ever heard the colloquialism that
18   "If it's not in the claim file, it didn't happen"?
19        A    I have not.  I've heard it during this
20   case I think three times, but, otherwise, no.
21        Q    An insurance company must know and
22   understand the laws in the jurisdiction in which it
23   sells insurance policies; true?
24        A    Can you repeat that?
25        Q    Sure.  An insurance company must know and

1  understand the laws in the jurisdiction in which
2  they sell insurance policies?
3      A    I would agree with that.
4      Q    And an insurance company must adopt and
5  implement reasonable standards for the investigation
6  of payments and claims made by its insured; correct?
7      A    Yes.
8      Q    And those procedures must also comply with
9  the laws of the jurisdictions in which those
10 policies are sold?
11     A    Yes.
12     Q    American Income sells life insurance
13 policies, accident policies, and other sorts of
14 insurance products; true?
15     A    Yes.
16     Q    And the job that American Income has is:
17 When a claim is made, using the standards that we
18 talked about just a moment ago, make sure the
19 promise of the policy is met, if the policy provides
20 for that; true?
21          MS. TERRY:  Object to the form.
22          THE WITNESS:  I'm sorry.  Can you repeat
23 the question?
24 BY MR. ROWE:
25     Q    Sure.  When a beneficiary of American